**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NY LOFT, LLC, <br><br>     Plaintiff, <br><br> v. <br><br> LOFTEX HOME, LLC, <br><br>     Defendant | Civil Action No. 1:26-cv-10463-DJC |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF TATSUYA ADACHI**

Pursuant to L.R. 83.5.3(e)(2), Veronica Scott, a member of the bar of this Court and attorney for Defendant Loftex Home, LLC, moves to admit attorney Tatsuya Adachi to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the following:

(1) The Certification of Tatsuya Adachi (filed herewith as <u>Exhibit 1</u>) which states that they are:

    (a) a member in good standing of the State Bar of New York, and in every jurisdiction in which they are admitted to practice;

    (b) not currently the subject of any disciplinary proceedings as a member of any bar; and

    (c) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

In further support of this motion, the movant states that counsel for Plaintiff NY LOFT, LLC has no opposition to this motion.

//

1

**WHEREFORE,** movant Veronica Scott, counsel for Loftex Home, LLC, requests that the Court grant this motion to admit attorney Tatsuya Adachi *pro hac vice*.

Respectfully submitted,

Dated:  April 17, 2026

__/s/Veronica G. Scott__
Veronica G. Scott (BBO No. 715714)
Nicole E. Gage (BBO No. 633219)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA  02110
Tel: 617-500-8660
Email:  gracey.scott@beckreed.com
            ngage@beckreed.com

*Attorneys for Loftex Home, LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify, pursuant to Local Rule 7.1(a)(2), that on April 15, 2026, Defendant's counsel, Nicole Gage conferred with Plaintiff's counsel, Sackman, regarding this Motion and confirmed that Plaintiff has no opposition to this Motion.

*/s/ Nicole E. Gage*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2026, the foregoing Motion for Admission *Pro Hac Vice* was filed electronically through the CM/ECF system, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by e-mail.

*/s/ Veronica Scott*