**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NY LOFT, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>LOFTEX HOME, LLC,<br><br>    Defendant | Civil Action No. 1:26-cv-10463-DJC |

**LOCAL RULE 83.5.3 CERTIFICATION OF LORI LEIGH COOPER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAV VICE***

I, Lori Leigh Cooper, hereby depose and state as follows:

1. I am licensed and admitted to practice in State of Connecticut (Bar Number 433944).

2. I am also admitted to practice in the U.S. District Court for the District of Connecticut (Bar Number CT29133), U.S. District Court for the Southern District of New York (Bar Number LC1016), U.S. District Court for the Eastern District of New York (Bar Number LC4706), U.S. District Court for the Western District of New York, U.S. District Court for the Northern District of New York (Bar Number 702126), U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the District of Columbia Circuit (Bar Number 60624), and the U.S. Court of Appeals for the Ninth Circuit.

3. I am a member in good standing in these courts and am not currently suspended or disbarred in any court.

4. There are no disciplinary actions pending against me as a member of the bar in any of the above-listed jurisdictions.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. I am an attorney at Leason Ellis LLP and am representing Defendant Loftex Home, LLC, as counsel in the above-captioned action. My address is One North Lexington Avenue, Suite 1200, White Plains, NY 10601. My telephone number is 914-288-0022.

I declare under penalty of perjury that the foregoing is true and correct on this 14th day of April 2026.

_____
LORI LEIGH COOPER (CT Bar #433944)