**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NY LOFT, LLC, <br><br>      *Plaintiff,* <br><br> v. <br><br> LOFTEX HOME, LLC, <br><br>      *Defendant.* | Civil Action No.: 1:26-cv-10463-DJC |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR TRANSFER**

Defendant Loftex Home, LLC ("Loftex") respectfully requests leave to file a short reply brief (the "Reply") in further support of Defendant's Motion to Dismiss Plaintiff's Complaint and Alternative Motion to Transfer (the "Motion," Dkt. No 16).

Good cause exists for the filing of a short reply brief because the Reply would provide further support for the Motion, rebut certain factual and legal assertions and inaccuracies set forth in Plaintiff's Opposition to the Motion (the "Opposition," Dkt. No. 26) and generally assist the Court in deciding the Motion.

In Particular:

1.      The Reply will address certain of Plaintiff's contentions and misstatements set forth in their Opposition concerning, *inter alia*, the conflation of the analyses used for assessing subject matter jurisdiction and personal jurisdiction, distinguishing the case law relied up on by Plaintiff, and rebutting any assertion of knowledge by Defendant of Plaintiff's alleged Massachusetts ties, as well as clarify factual allegations.

2.      The Reply will provide much-needed clarification concerning Plaintiff's

misstatements, provide additional context to help the Court navigate the relevant issues, and address Plaintiff's cited authorities, to the extent necessary.

3.      Plaintiff will not be prejudiced by an order granting Defendant leave to file a reply in further support of its Motion, and the interests of justice will be served by giving Defendant an opportunity to respond to Plaintiff's arguments raised in its Opposition.

WHEREFORE, for the foregoing reasons, and for good cause shown, Plaintiff Loftex Homes respectfully requests that it be granted leave to file a reply, not to exceed five pages, within one business day after the Court rules on this motion.

## REQUEST FOR ORAL ARGUMENT

Defendant requests an oral argument on the foregoing Motion.

Respectfully submitted,

Dated:  May 15, 2026

__/s/ Veronica G. Scott_
Nicole E. Gage (BBO No. 633219)
Veronica G. Scott (BBO No. 715714)
Beck Reed Riden LLP
155 Federal Street, Suite 1302
Boston, MA  02110
Tel: 617-500-8660
Email:  ngage@beckreed.com
            gracey.scott@beckreed.com

Lori L. Cooper (*pro hac vice*)
Karin Segall (*pro hac vice*)
Tatsuya Adachi (*pro hac vice*)
Leason Ellis LLP
One North Lexington Avenue, Suite 1200
White Plains, New York 10601
Tel.: 914.288.0022
cooper@leasonellis.com
segall@leasonellis.com

2

adachi@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Loftex Home, LLC*

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I hereby certify, pursuant to Local Rule 7.1(a)(2), that on the 14th day of May, 2026, Defendant's counsel Nicole Gage conferred with Plaintiff's counsel, Sackman, regarding this Motion and confirmed that Plaintiff assents to this Motion.

*/s Nicole E. Gage*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, the foregoing Defendant's Assented-To Motion For Leave To File a Reply in Support of Its Motion to Dismiss or Transfer was filed electronically through the CM/ECF system, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by e-mail.

*/s/ Veronica Scott*

3